**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6950**

KELVIN J. MILES,

              Plaintiff – Appellant,

       v.

MEDICAL SERVICES; ABAYOMI ADEYINKA,

              Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Alexander Williams, Jr., District
Judge.  (8:10-cv-03011-AW)

Submitted:  December 2, 2016      Decided:  December 14, 2016

Before MOTZ, KING, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kelvin J. Miles, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin J. Miles appeals the district court's order returning documents to Miles because the case was closed in 2010. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Miles v. Med. Servs., No. 8:10-cv-03011-AW (D. Md. June 14, 2016). The motion for appointment of counsel is denied. We grant leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED